**Order entered July 19, 2021**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-21-00599-CV

### IN RE YANIKA DANIELS, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-52923-2021**

### ORDER
Before Chief Justice Burns, Justice Molberg, and Justice Reichek

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus, and **DENY** the emergency motion for stay as moot.

/s/ KEN MOLBERG
   JUSTICE